IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Freedom Mortgage Corporation | : | **MOTION TO DISMISSS** |
| *Movant* | : | Movant's Motion for Relief |
| | : | from Automatic Stay |
| vs | : | |
| | : | Case No: 5:25-BK-01761-MJC |
| Hericson Torres and Leigh Torres | : | Filed June 25, 2025 |
| *Respondents* | : | |
| | : | ***Trial by Jury Demand*** |

### RESPONDENTS' MOTION TO DISMISS
### MOVANT'S MOTION FOR RELIEF FROM AUTOMATIC STAY
### WITH PREJUDICE, AND DEMAND FOR TRIAL BY JURY

AND NOW, this 24th day of July, 2025, come Respondents, Hericson Torres and Leigh Torres, *in propria persona*, and respectfully move this Honorable Court to dismiss, with prejudice, the Motion for Relief from Automatic Stay filed by Freedom Mortgage Corporation ("Movant"), and in support thereof aver as follows:

**1.** Respondents demand a trial by jury as preserved under Article I § 6 of the Pennsylvania Constitution and the Seventh Amendment to the United States Constitution. See *Beacon Theatres, Inc. v. Westover*, 359 U.S. 500 (1959).

**2.** Movant failed to request concurrence from Respondents prior to filing, in violation of Local Bankruptcy Rule 9013-3.

**3.** Movant lacks standing. Movant is not a holder in due course, is not in possession of the original promissory note, nor endorsed in blank or to Movant. See *Kemp v. Countrywide Home Loans, Inc.*, 440 B.R. 624 (Bankr. D.N.J. 2010).

**4.** No original note, mortgage, or continuous chain of assignments were filed with the motion. The absence of these core instruments precludes enforcement.

**5.** The purported mortgage debt has been assigned multiple times across at least five different entities, with no transparent or public record of all transfers.

**6.** Movant failed to provide a full, authenticated, and comprehensive accounting from the inception of the loan on August 24, 2016.

**7.** The partial account history starting on July 1, 2020, omits nearly four years of payment records and material transactions.

**8.** Movant acquired the alleged debt on August 4, 2022—763 days after default on July 1, 2020—qualifying Movant as a debt collector under 15 U.S.C. § 1692a(6). See *Heintz v. Jenkins*, 514 U.S. 291 (1995).

**9.** MERS participation bifurcates mortgage and note, destroying chain of title and standing. See *Montgomery County v. MERSCORP, Inc.*, 795 F.3d 372 (3d Cir. 2015).

**10.** Assignments dated November 27, 2019 and August 4, 2022 were executed without proper authority, including absence of power of attorney and board resolution.

**11.** Signatures from Jared Fink and Lateef Smith are inconsistent and used across multiple entities under varied titles including "AVP" and "Coordinator."

**12.** Notaries Destiny Adams and Carla Johnson, notarized documents from different states and permitted questionable signature practices constituting robo-signing.

**13.** Robo-signing is documented fraud. See *In re Wilson*, 442 B.R. 10 (Bankr. D. Mass. 2010).

**14.** See *Wolf v. Wells Fargo*, 2015 WL 12791335 (E.D. Pa. 2015), involving a $5.4 million settlement for illegal mortgage servicing conduct and robo-signing.

**15.** Violations of the Pennsylvania Notary Public Law, 57 Pa.C.S. § 301 et seq., and Monroe County Recorder of Deeds' rules invalidate these documents.

**16.** The mortgage assignment chain is incomplete, defeating enforceability under Pennsylvania Mechanics Lien Law.

**17.** Movant has not authenticated the alleged debt, failed to produce acquisition terms, and omitted what it paid to obtain the alleged obligation.

**18.** Movant failed to record all mortgage transfers in compliance with public recording laws.

**19.** Respondents assert a civil rights conspiracy under 42 U.S.C. § 1985 due to systemic fraud upon the Court and deprivation of rights under color of law.

**20.** See *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944) (fraud upon the court nullifies judgments).

**21.** See *United States v. Throckmorton*, 98 U.S. 61 (1878) (fraud vitiates everything it touches, including jurisdiction).

**22.** The Pennsylvania Mechanics Lien Law demands full transparency; Movant failed to file or support its interest lawfully.

**23.** Under the True Sale Doctrine, Movant must prove it purchased the loan in an arms-length sale; no such evidence was provided.

**24.** The Emergency Banking Act of 1933, 48 Stat. 1, does not permit private entities to assert governmental debt collection authority.

**25.** The Single Family Mortgage Foreclosure Act of 1994 imposes notice and procedural duties for enforcement that Movant ignored.

**26.** The Judiciary Act of 1789 § 25 mandates judicial adherence to Acts of Congress; this proceeding fails statutory enforcement standards.

**27.** Chevron deference no longer applies post-*Loper Bright Enterprises v. Raimondo*, 603 U.S. ___ (2024). Agency interpretation cannot substitute statutory proof.

**28.** Movant's pattern of procedural neglect, fraudulent documentation, standing defects, and lack of statutory proof necessitate dismissal with prejudice.

**29.** Respondents deny all liability and expressly reserve their rights under federal and state law.

**WHEREFORE,** Respondents respectfully move this Honorable Court to:

1. Dismiss Movant's Motion for Relief from Stay with prejudice;
2. Refer Movant and its agents for potential disciplinary or criminal investigation;
3. Grant a trial by jury on all factual matters per constitutional right;
4. Award sanctions, costs, and any other relief this Court deems just and proper.

WHEREFORE, the Respondent's, Hericson Torres and Leigh Torres, *in propria persona*, respectfully requests that this Honorable Court deny Movant's Motion for Relief from Automatic Stay. The Respondent's further requests any other relief that the Court deems just and proper.

Date: July 24, 2025

Respondent, Hericson Torres, *in propria persona*
325 Five Springs Road, Stroudsburg, PA 18360

Date: July 24, 2025

Respondent, Leigh Torres, *in propria persona*
325 Five Springs Road, Stroudsburg, PA 18360

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Freedom Mortgage Corporation | : | VERIFICATION |
| *Movant* | : | |
| | : | |
| vs | : | |
| | : | Case No: 5:25-BK-01761-MJC |
| Hericson Torres | : | Filed June 25, 2025 |
| *Respondents* | : | |
| | : | |

## **VERIFICATION**

    Respondents, Hericson Torres and Leigh Torres, *in propria persona*, being duly sworn deposes and says; That he and she have read the foregoing documents and know the contents thereof; That the same is true to his and her knowledge, except as to those matters therein stated to be alleged upon information and belief, and that as to those matters, he and she believe them to be true.

    Respondents, Hericson Torres and Leigh Torres, *in propria persona*, hereby verify that the facts set forth in the foregoing documents are true and correct to the best of his and her knowledge, information and belief. Respondents understand that false statements made herein are subject to the penalties of 18 Pa C.S.A. § 4904, relating to unsworn falsification to authorities.

Date: July 24, 2025

                              Respondent, Hericson Torres, *in propria persona*
                              325 Five Springs Road, Stroudsburg, PA 18360

Date: July 24, 2025

                              Respondent, Leigh Torres, *in propria persona*
                              325 Five Springs Road, Stroudsburg, PA 18360

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Freedom Mortgage Corporation<br>*Movant* | : | Certification of Service |
| vs | : | |
| | : | Case No: 5:25-BK-01761-MJC |
| Hericson Torres<br>*Respondents* | : | Filed June 25, 2025 |

### CERTIFICATION OF SERVICE

Respondents, Hericson Torres and Leigh Torres, *in propria persona*, hereby certify that a true and correct copy of the Motion to Dismiss Movant's Motion for Relief from Automatic Stay was served by e-mail upon:

Distribution List

cc: Jill E. Durkin, Trustee: jilldurkinesq@gmail.com

cc: United States Trustee: ustpregion03.ha.ecf@usdoj.gov

cc: Brock & Scott PLLC: pabkr@brockandscott.com and mario.hanyon@brockandscott.com


Date: July 24, 2025          *[signature: Hericson Torres]*
                             Respondent, Hericson Torres, *in propria persona*
                             325 Five Springs Road, Stroudsburg, PA 18360

Date: July 24, 2025          *[signature: Lnt]*
                             Respondent, Leigh Torres, *in propria persona*
                             325 Five Springs Road, Stroudsburg, PA 18360


*CONTACT INFO: HERICSON888@GMAIL.COM OR 347-566-4877 TEXT/VOICEMAIL.*

 **Outlook**

## Case # 5:25-BK-01761-MJC (Torres) - Motion to Dismiss

**From** 888 <hericson888@gmail.com>

**Date** Thu 7/24/2025 8:15 PM

**To** Jill Durkin <jilldurkinesq@gmail.com>; pabrk@brockandscott.com <pabrk@brockandscott.com>; mario.hanyon@brockandscott.com <mario.hanyon@brockandscott.com>

**Cc** ustpregion03.ha.ecf@usdoj.gov <ustpregion03.ha.ecf@usdoj.gov>

📎 1 attachment (135 KB)
Motion to Dismiss Movants Motion for Relief from Automatic Stay.pdf;

I am the Respondent in this action. I have prepared a Motion to Dismiss. Please see attached and advise if you concur with the Motion.

Thank you,

<u>HERICSON</u>

*"Condemnation without investigation is the height of ignorance." — Albert Einstein*

 **Outlook**

## Case # 5:25-BK-01761-MJC (Torres) - Motion to Dismiss

**From** 888 <hericson888@gmail.com>

**Date** Thu 7/24/2025 8:22 PM

**To** Jill Durkin <jilldurkinesq@gmail.com>; pabrk@brockandscott.com <pabrk@brockandscott.com>; mario.hanyon@brockandscott.com <mario.hanyon@brockandscott.com>

**Cc** ustpregion03.ha.ecf@usdoj.gov <ustpregion03.ha.ecf@usdoj.gov>; HERICSON TORRES <hericson888@gmail.com>

📎 1 attachment (206 KB)
Motion to Dismiss Movants Motion for Relief from Automatic Stay.pdf;

I have attached:
1. Motion to Dismiss Movant's Motion for Relief from Automatic Stay with Prejudice and Demand for Trial by Jury.
2. The request for Concurrence.

Please confirm receipt of this email/document.

Thank you,

<u>HERICSON</u>

"Condemnation without investigation is the height of ignorance." — Albert Einstein