# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Hericson Torres,　　　　　　　　　　Chapter　　7

**Debtor 1**

　　　　　　　　　　　　　　　　　Case No.　　5:25–bk–01761–MJC

Leigh Torres,

**Debtor 2**

## Order

After notice and opportunity for a hearing thereon, it appearing that both Debtors failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to both Debtors.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 9, 2025

ordsmiss (05/18)