# Notice Recipients

District/Off: 0314–5  User: AutoDocketer  Date Created: 9/9/2025
Case: 5:25–bk–01761–MJC  Form ID: ordsmiss  Total: 62

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jill E. Durkin | jilldurkinesq@gmail.com |
| aty | Jill E Durkin | jilldurkinesq@gmail.com |
| aty | Mario J. Hanyon | wbecf@brockandscott.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Hericson Torres | 325 Five Springs Road | Stroudsburg, PA 18360 | | |
| jdb | Leigh Torres | 325 Five Springs Road | Stroudsburg, PA 18360 | | |
| cr | Atlas Acquisitions LLC | 492C Cedar Lane, Ste 442 | Teaneck, NJ 07666 | | |
| cr | Freedom Mortgage Corporation | 11988 Exit 5 Pkwy | Bldg 4 | Fishers, IN 46037 | |
| 5721785 | AT&T | 208 S Akard St | Dallas, TX 75202 | | |
| 5721751 | American Express | P.O. Box 981537 | El Paso, TX 79998 | | |
| 5721994 | Atlas Acquisitions LLC | 492C Cedar Lane, Ste 442 | Teaneck NJ 07666 | | |
| 5721778 | Capital One Services LLC | P.O. Box 30285 | Salt Lake City, UT 84130 | | |
| 5721775 | Chase Bank | Mail Code OHl–1272 | 340 S Cleveland Ave | Building 370 | Westerville, OH 43081 |
| 5721754 | Citibank NA | P.O. Box 8218 | Mason, OH 45050 | | |
| 5721779 | Comenity Bank | P.O. Box 182273 | Columbus, OH 43218–2273 | | |
| 5721790 | Commonwealth of Pennsylvania | 501 North Third St | 508 Main Capital Building | Harrisburg, PA 17120 | |
| 5721783 | Commonwealth of Pennsylvania | 501 Northh Third Street | 508 Main Capital Building | Harrisburg, PA 17120 | |
| 5721791 | Court of Common Pleas | 610 Monroe St, Suite 323 | Stroudsburg, PA 18360 | | |
| 5721784 | Court of Common Pleas of Monroe County | 610 Monroe Street | Suite 323 | Stroudsburg, PA 18360 | |
| 5721780 | Credit Control LLC | 8001 Woodland Center Blvd | Suite 200 | Tampa, FL 33614 | |
| 5721788 | E–Z Pass New Jersey | 375 Mccarter Hwy | Suite 1 | Newark, NJ 07114–2567 | |
| 5721782 | E–Z Pass New York | P.O. Box 15185 | Albany, NY 12212–5185 | | |
| 5721741 | Federal Home Loan Mortgage Corporation | 6555 Excellence Way | Plano, TX 75023 | | |
| 5721743 | Freedom Mo1igage Corporation | 951 WYamato Road, Suite 175 | Boca Raton, FL 33431 | | |
| 5721789 | GEM Financial Services | 21 W 47th Street | Suite 500 | New York, NY 10036–2825 | |
| 5721787 | GEM Financial Services | 8413 5th Ave | Brooklyn, NY 11209–4709 | | |
| 5721774 | Homestar RX and Infusion Services | 77 S. Commerce Way | Suite 200 | Bethlehem, PA 18017 | |
| 5721760 | Hospital of the University of Pennsylvania | 3400 Spruce St | Ravdin 1 | Philadelphia, PA 19104 | |
| 5721744 | KML Law Group P.C. | 701 Market St, Suite 5000 | Philadelphia, PA 19106–1532 | | |
| 5721769 | M&T Bank | P.O. Box 1056 | Buffalo, NY 14240–1056 | | |
| 5721740 | MERSCORP Holdings Inc. | 11819 Miami St, Suite 100 | Omaha, NE 67164 | | |
| 5721753 | Macys | P.O. Box 6789 | Sioux Falls, SD 57117 | | |
| 5721755 | Midland Credit Management | 320 E Big Beaver Road | Suite 300 | Troy, MI 48083 | |
| 5721756 | Midland Credit Management | 350 Camino De La Reina | Suite 100 | San Diego, CA 92108 | |
| 5721765 | NYC Depa1iment of Finance | P.O. Box 3641 | New York, NY 10008–3641 | | |
| 5721764 | NYC Department of Finance | Church Street Station | P.O. Box 3600 | New York, NY 10008–3600 | |
| 5721766 | NYC Department of Finance | P.O. Box 3615 | New York, NY I 0008–3615 | | |
| 5721745 | Nissan North America Inc | One Nissan Way | Frankling, TN 37067–6367 | | |
| 5721746 | Nissan World LLC | 146 Route 22 West | Springfield, NJ 07081 | | |
| 5721768 | PACER Service Center | P.O. Box 5208 | Portland, OR 97208–5208 | | |
| 5721763 | PFS of New York LLC | P.O. Box 412086 | Kansas City, MO 64141–2086 | | |
| 5721786 | PPL Electric | 645 Hamilton St | Suite 601 | Allentown, PA 18101 | |
| 5721747 | PenFed Credit Union | P.O. Box 1432 | Alexandria, VA 22313 | | |
| 5721771 | PennCredit Corporation | 2800 Commerce Drive | Harrisburg, PA 17110 | | |
| 5721781 | Pennsylvania Turnpike Commission | P.O. Box 67676 | Harrisburg, PA 17106 | | |
| 5721761 | Pennywise Fuel | 219 Shine Hill Road | Hemyville, PA 18332 | | |
| 5721773 | Portfolio Recovery Associates LLC | Department 922 | P.O.Box 4115 | Concord, CA 94524 | |
| 5721772 | Portfolio Recovery Associates LLC | P.O. Box 12914 | Norfolk, VA 23541 | | |
| 5721739 | Prime Lending A Plainscapital Company | 18111 Preston Road | Dallas, TX 75252 | | |
| 5721742 | Roundpoint Mortgage Servicing Corporation | P.O. Box 19789 | Charlotte, NC 28219–9409 | | |
| 5721749 | Route 31 Imports LLC | 2017 Route 31 | Clinton, NJ 08809 | | |
| 5721757 | Security Credit Services | 306 Enterprise Dr | Oxford, MS 38655 | | |
| 5721752 | Smiles 4 Keeps | 313 Mulberry St | Scranton, PA 18503 | | |
| 5721762 | St Lukes University Health Network | P.O. Box604152 | Charlotte, NC 28260–4152 | | |
| 5721776 | TD Bank | P.O. Box 1377 | Lewiston, Maine 04243–1377 | | |
| 5721777 | TD Bank NA | P.O. Box 9547 | Portland, Maine 04112–9547 | | |
| 5721750 | Toyota Financial Services | P.O. Box 5855 | Carol Stream, IL 60197 | | |
| 5721748 | Toyota Motor North America Inc. | 6565 Headquarters Dr | Plano, TX 75024 | | |
| 5721759 | Transworld Systems Inc | 500 Virginia Dr | Suite 514 | Ft Washington, PA 19034–2733 | |

| | | | |
|---|---|---|---|
| 5721770 | Universal Fidelity Limited Partnership | P.O. Box 5444 | Katy, TX 77491 |
| 5721758 | Wells Fargo | P.O. Box 393 | Minneapolis, MN 55480 |
| 5721767 | Whitetail Disposal Inc | 334 Layfield Rd | Perkiomenville, PA 18074 |

TOTAL: 58